1  JEFFREY W. KRAMER (SBN 71547)
   Email:       jkramer@troygould.com
2  ANNMARIE MORI (SBN 217835)
   Email:       amori@troygould.com
3  TROYGOULD PC
   1801 Century Park East, 16th Floor
4  Los Angeles, CA 90067-2367
   Telephone:  (310) 553-4441
5  Facsimile:  (310) 201-4746

6  Attorneys for Plaintiffs

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10                            WESTERN DIVISION

11 | BROADCAST MUSIC, INC.;                  | Case No. :
   | STARFAITH, L.P. d/b/a LIGHT             |
12 | MUSIC; DYNATONE PUBLISHING              | COMPLAINT FOR COPYRIGHT
   | COMPANY; SONY/ATV SONGS                 | INFRINGEMENT
13 | LLC; THE BERNARD EDWARDS
   | COMPANY LLC; TRICE
14 | PUBLISHING CO.; RONDOR MUSIC
   | INTERNATIONAL, INC. d/b/a
15 | IRVING MUSIC; COTILLION
   | MUSIC, INC. d/b/a PRONTO MUSIC;
16 | STONE DIAMOND MUSIC CORP.;
   | FORT KNOX MUSIC, INC.; T/Q
17 | MUSIC, INC. d/b/a TRIO MUSIC
   | COMPANY; SCREEN GEMS-EMI
18 | MUSIC, INC.; AMAZEMENT
   | MUSIC; WARNER-TAMERLANE
19 | PUBLISHING CORP.; GREGMARK
   | MUSIC, INC.; LORD AND WALKER
20 | PUBLISHING; MALACO MUSIC
   | COMPANY; PEERMUSIC III LTD.,
21
                 Plaintiffs,
22        v.

23 LA LOUISANNE, INC., and EDISON
   WHEELER, individually and doing
24 business as LA LOUISANNE,

25                Defendants.

26

27

28

**TroyGould
PC**

COMPLAINT FOR COPYRIGHT INFRINGEMENT

03202-0056  280822.1

1    Plaintiffs Broadcast Music, Inc., Starfaith, L.P. d/b/a Light Music, Dynatone Publishing Company, Sony/ATV Songs LLC, The Bernard Edwards Company LLC, Trice Publishing Co., Rondor Music International, Inc. d/b/a Irving Music, Cotillion Music, Inc. d/b/a Pronto Music, Stone Diamond Music Corp., Fort Knox Music, Inc., T/Q Music, Inc. d/b/a Trio Music Company, Screen Gems-EMI Music, Inc., Amazement Music, Warner-Tamerlane Publishing Corp., Gregmark Music, Inc., Lord and Walker Publishing, Malaco Music Company and Peermusic III Ltd. (collectively, "Plaintiffs"), by their attorneys, for their Complaint for Copyright Infringement ("Complaint") against Defendants La Louisanne, Inc. and Edison Wheeler, individually and doing business as La Louisanne (collectively, "Defendants"), allege as follows (on knowledge as to Plaintiffs; otherwise on information and belief):

## JURISDICTION AND VENUE

1.    This is a suit for copyright infringement under the United States Copyright Act of 1976, as amended, 17 U.S.C. Sections 101 et seq. (the "Copyright Act").  This Court has jurisdiction pursuant to 28 U.S.C. Section 1338(a).

2.    Venue is proper in this judicial district pursuant to 28 U.S.C. Section 1400(a).

## THE PARTIES

3.    Plaintiff Broadcast Music, Inc. ("BMI") is a corporation organized and existing under the laws of the State of New York.  BMI's principal place of business is 7 World Trade Center, 250 Greenwich Street, New York, New York 10007.  BMI has been granted the right to license the public performance rights in approximately 10.5 million copyrighted musical compositions (the "BMI Repertoire"), including those which are alleged herein to have been infringed.

4.    The Plaintiffs other than BMI are the owners of the copyrights in the musical compositions, which are the subject of this lawsuit.  All Plaintiffs are joined pursuant to Fed. R. Civ. P. 17(a) and 19(a).

5. Plaintiff Starfaith, L.P. is a limited partnership owned by Guts and Grace Records, Inc., which in turn is a California corporation, and the Santana Family Trust, which in turn is a trust doing business as Light Music.

6. Plaintiff Dynatone Publishing Company is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

7. Plaintiff Sony/ATV Songs LLC is a limited liability company. This Plaintiff is the copyright owner of at least one of the songs in this matter.

8. Plaintiff The Bernard Edwards Company LLC is a limited liability company. This Plaintiff is the copyright owner of at least one of the songs in this matter.

9. Plaintiff Trice Publishing Company is a sole proprietorship owned by Milton Campbell. This Plaintiff is the copyright owner of at least one of the songs in this matter.

10. Plaintiff Rondor Music International, Inc. is a corporation doing business as Irving Music. This Plaintiff is the copyright owner of at least one of the songs in this matter.

11. Plaintiff Cotillion Music, Inc. is a corporation doing business as Pronto Music. This Plaintiff is the copyright owner of at least one of the songs in this matter.

12. Plaintiff Stone Diamond Music Corp. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

13. Plaintiff Fort Knox Music, Inc. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

14. Plaintiff T/Q Music, Inc. is a corporation doing business as Trio Music Company. This Plaintiff is the copyright owner of at least one of the songs in this matter.

15. Plaintiff Screen Gems-EMI Music, Inc. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

16. Plaintiff Amazement Music is a sole proprietorship owned by Frankie Beverly. This Plaintiff is the copyright owner of at least one of the songs in this matter.

17. Plaintiff Gregmark Music, Inc. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

18. Plaintiff Lord and Walker Publishing is a sole proprietorship owned by Bernita Walker-Moss. This Plaintiff is the copyright owner of at least one of the songs in this matter.

19. Plaintiff Warner-Tamerlane Publishing Corp. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

20. Plaintiff Malaco Music Company is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

21. Plaintiff Peermusic III Ltd. is a limited liability company. This Plaintiff is the copyright owner of at least one of the songs in this matter.

22. Defendant La Louisanne, Inc. is a corporation organized and existing under the laws of the State of California, which operates, maintains and controls an establishment known as La Louisanne, located at 5812 Overhill Drive, Los Angeles, California, 90043, in this district (the "Establishment").

23. In connection with the operation of the Establishment, Defendant La Louisanne, Inc. publicly performs musical compositions and/or causes musical compositions to be publicly performed.

24. Defendant La Louisanne, Inc. has a direct financial interest in the Establishment.

25. Defendant Edison Wheeler is an officer of Defendant La Louisanne, Inc. with responsibility for the operation and management of that corporation and the Establishment.

1  26. Defendant Edison Wheeler has the right and ability to supervise the
2 activities of Defendant La Louisanne, Inc. and a direct financial interest in that
3 corporation and the Establishment.

## CLAIMS OF COPYRIGHT INFRINGEMENT

5  27. Plaintiffs repeat and reallege each of the allegations contained in
6 paragraphs 1 through 26.

7  28. Since June 2012, BMI has reached out to Defendants over 55 times, by
8 phone, in-person visits, and mail, in an effort to educate Defendants as to their
9 obligations under the Copyright Act with respect to the necessity of purchasing a
10 license for the public performance of musical compositions in the BMI repertoire.
11 Included in the letters were Cease and Desist Notices, providing Defendants with
12 formal notice that they must immediately cease all use of BMI-licensed music in the
13 Establishment.

14  29. Plaintiffs allege sixteen (16) claims of willful copyright infringement,
15 based upon Defendants' unauthorized public performance of musical compositions
16 from the BMI Repertoire. All of the claims for copyright infringement joined in this
17 Complaint are governed by the same legal rules and involve similar facts. Joinder of
18 these claims will promote the convenient administration of justice and will avoid a
19 multiplicity of separate, similar actions against Defendants.

20  30. Annexed to this Complaint as a schedule (the "Schedule") and
21 incorporated herein is a list identifying some of the many musical compositions
22 whose copyrights were infringed by Defendants. The Schedule contains information
23 on the sixteen (16) claims of copyright infringement at issue in this action. Each
24 numbered claim has the following eight lines of information (all references to
25 "Lines" are lines on the Schedule): Line 1 providing the claim number; Line 2 listing
26 the title of the musical composition related to that claim; Line 3 identifying the
27 writer(s) of the musical composition; Line 4 identifying the publisher(s) of the
28 musical composition and the plaintiff(s) in this action pursuing the claim at issue;

Line 5 providing the date on which the copyright registration was issued for the musical composition; Line 6 indicating the copyright registration number(s) for the musical composition; Line 7 showing the date(s) of infringement; and Line 8 identifying the Establishment where the infringement occurred.

31. For each work identified on the Schedule, the person(s) named on Line 3 was the creator of that musical composition.

32. For each work identified on the Schedule, on or about the date(s) indicated on Line 5, the publisher(s) named on Line 4 (including any predecessors in interest), complied in all respects with the requirements of the Copyright Act and received from the Register of Copyrights Certificates of Registration bearing the number(s) listed on Line 6.

33. For each work identified on the Schedule, on the date(s) listed on Line 7, Plaintiff BMI was (and still is) the licensor of the public performance rights in the musical composition identified on Line 2. For each work identified on the Schedule, on the date(s) listed on Line 7, the Plaintiff(s) listed on Line 4 was (and still is) the owner of the copyright in the respective musical composition listed on Line 2.

34. For each work identified on the Schedule, on the date(s) listed on Line 7, Defendants publicly performed and/or caused to be publicly performed at the Establishment the musical composition identified on Line 2 without a license or permission to do so. Thus, Defendants have committed copyright infringement.

35. The specific acts of copyright infringement alleged in the Complaint, as well as Defendants' entire course of conduct, have caused and are causing Plaintiffs great and incalculable damage. By continuing to provide unauthorized public performances of works in the BMI Repertoire at the Establishment, Defendants threaten to continue committing copyright infringement. Unless this Court restrains Defendants from committing further acts of copyright infringement, Plaintiffs will suffer irreparable injury for which they have no adequate remedy at law.

36. Plaintiffs seek statutory damages pursuant to 17 U.S.C. § 504. Plaintiffs further seek an order that Defendants be enjoined, pursuant to 17 U.S.C. § 502 from infringing, in any manner, the copyrighted musical compositions licensed by BMI.

WHEREFORE, Plaintiffs pray that:

1. Defendants, their agents, servants, employees, and all persons acting under their permission and authority, be enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by BMI, pursuant to 17 U.S.C. Section 502;

2. Defendants be ordered to pay statutory damages, pursuant to 17 U.S.C. Section 504(c);

3. Defendants be ordered to pay costs, including a reasonable attorney's fee, pursuant to 17 U.S.C. Section 505; and

4. Plaintiffs have such other and further relief as is just and equitable.

Date: May 2, 2016

TROYGOULD PC

By: *[signature]*
AnnMarie Mori
Attorneys for Plaintiffs

# *Schedule*

| | | |
|---|---|---|
| Line 1 | Claim No. | 1 |
| Line 2 | Musical Composition | Europa Earth's Cry Heaven's Smile a/k/a Europa |
| Line 3 | Writer(s) | Carlos Santana a/k/a Devadip; Tom Coster |
| Line 4 | Publisher Plaintiff(s) | Starfaith, L.P., a limited partnership consisting of Guts and Grace Records, Inc. (a California corporation), general partner, and Carlos Santana and Deborah Santana, as Trustees of the Santana Family Trust, limited partner, d/b/a Light Music |
| Line 5 | Date(s) of Registration | 3/31/76 |
| Line 6 | Registration No(s). | Eu 665436 |
| Line 7 | Date(s) of Infringement | 05/05/2013 |
| Line 8 | Place of Infringement | La Louisanne |

| | | |
|---|---|---|
| Line 1 | Claim No. | 2 |
| Line 2 | Musical Composition | Get Up I Feel Like Being Like A Sex Machine AKA Get Up I Feel Like Being A Sex Machine |
| Line 3 | Writer(s) | James Brown; Bobby Byrd; Ronald Lenhoff |
| Line 4 | Publisher Plaintiff(s) | Dynatone Publishing Company |
| Line 5 | Date(s) of Registration | 7/9/70    3/13/73 |
| Line 6 | Registration No(s). | Eu 198587   Ep 310534 |
| Line 7 | Date(s) of Infringement | 02/16/2016 |
| Line 8 | Place of Infringement | La Louisanne |

| | | | |
|---|---|---|---|
| Line 1 | Claim No. | 3 | |
| Line 2 | Musical Composition | He's The Greatest Dancer | |
| Line 3 | Writer(s) | Bernard Edwards; Nile Rodgers | |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC; The Bernard Edwards Company LLC | |
| Line 5 | Date(s) of Registration | 1/5/79 | 6/18/81 |
| Line 6 | Registration No(s). | PAu 98-938 | PA 106-655 |
| Line 7 | Date(s) of Infringement | 05/05/2013 | |
| Line 8 | Place of Infringement | La Louisanne | |

| | | | |
|---|---|---|---|
| Line 1 | Claim No. | 4 | |
| Line 2 | Musical Composition | Hey Hey! The Blues Is Alright' aka 'The Blues Is Alright | |
| Line 3 | Writer(s) | Milton Campbell | |
| Line 4 | Publisher Plaintiff(s) | Milton Campbell, an individual dba Trice Publishing Co. | |
| Line 5 | Date(s) of Registration | 7/15/83 | |
| Line 6 | Registration No(s). | PA 191-151 | |
| Line 7 | Date(s) of Infringement | 02/15/2016 | |
| Line 8 | Place of Infringement | La Louisanne | |

| | | | |
|---|---|---|---|
| Line 1 | Claim No. | 5 | |
| Line 2 | Musical Composition | Hold On, I'm Coming | |
| Line 3 | Writer(s) | Isaac Hayes, Jr.; David Porter | |
| Line 4 | Publisher Plaintiff(s) | Rondor Music International, Inc. d/b/a Irving Music; Cotillion Music, Inc. d/b/a Pronto Music | |
| Line 5 | Date(s) of Registration | 3/14/66 | 6/3/68 |
| Line 6 | Registration No(s). | Eu 928718 | Ep 246262 |
| Line 7 | Date(s) of Infringement | 05/05/2013 | |
| Line 8 | Place of Infringement | La Louisanne | |

| Line 1 | Claim No. | 6 |
|---|---|---|
| Line 2 | Musical Composition | I Heard It Through The Grapevine a/k/a Heard It Through The Grapevine |
| Line 3 | Writer(s) | Norman Whitfield, Barrett Strong |
| Line 4 | Publisher Plaintiff(s) | Stone Diamond Music Corp. |
| Line 5 | Date(s) of Registration | 8/24/66 |
| Line 6 | Registration No(s). | Ep 220700 |
| Line 7 | Date(s) of Infringement | 05/05/2013 |
| Line 8 | Place of Infringement | La Louisanne |

| Line 1 | Claim No. | 7 | |
|---|---|---|---|
| Line 2 | Musical Composition | Drown In My Tears a/k/a I'll Drown In My Tears | |
| Line 3 | Writer(s) | Henry Glover | |
| Line 4 | Publisher Plaintiff(s) | Fort Knox Music, Inc.; T/Q Music, Inc. d/b/a Trio Music Company | |
| Line 5 | Date(s) of Registration | 5/8/80 | 4/17/52 |
| Line 6 | Registration No(s). | RE 58-170 | Ep 62386 |
| Line 7 | Date(s) of Infringement | 02/15/2016 | |
| Line 8 | Place of Infringement | La Louisanne | |

| Line 1 | Claim No. | 8 | |
|---|---|---|---|
| Line 2 | Musical Composition | I'm Your Puppet | |
| Line 3 | Writer(s) | Lindon Oldham; Dan Pennington a/k/a Dan Penn | |
| Line 4 | Publisher Plaintiff(s) | Screen Gems-EMI Music, Inc. | |
| Line 5 | Date(s) of Registration | 10/13/65 | 9/25/72 |
| Line 6 | Registration No(s). | Ep 209341 | Ep 312552 |
| Line 7 | Date(s) of Infringement | 05/05/2013 | |
| Line 8 | Place of Infringement | La Louisanne | |

| | | |
|---|---|---|
| Line 1 | Claim No. | 9 |
| Line 2 | Musical Composition | Joy And Pain |
| Line 3 | Writer(s) | Frankie Beverly |
| Line 4 | Publisher Plaintiff(s) | Frankie Beverly d/b/a Amazement Music |
| Line 5 | Date(s) of Registration | 7/28/80 |
| Line 6 | Registration No(s). | PA 94-426 |
| Line 7 | Date(s) of Infringement | 05/22/2015 |
| Line 8 | Place of Infringement | La Louisanne |

| | | |
|---|---|---|
| Line 1 | Claim No. | 10 |
| Line 2 | Musical Composition | Knock On Wood |
| Line 3 | Writer(s) | Eddie Floyd; Steve Cropper |
| Line 4 | Publisher Plaintiff(s) | Rondor Music International, Inc. d/b/a Irving Music |
| Line 5 | Date(s) of Registration | 7/22/66    5/21/73 |
| Line 6 | Registration No(s). | Eu 949771   Ep 318805 |
| Line 7 | Date(s) of Infringement | 02/15/2016 |
| Line 8 | Place of Infringement | La Louisanne |

| | | |
|---|---|---|
| Line 1 | Claim No. | 11 |
| Line 2 | Musical Composition | Six Three Four Five Seven Eight Nine a/k/a 634-5789 |
| Line 3 | Writer(s) | Steve Cropper; Eddie Floyd |
| Line 4 | Publisher Plaintiff(s) | Cotillion Music, Inc. d/b/a Pronto Music; Rondor Music International, Inc. d/b/a Irving Music |
| Line 5 | Date(s) of Registration | 2/1/66 |
| Line 6 | Registration No(s). | Eu 922428 |
| Line 7 | Date(s) of Infringement | 02/15/2016 |
| Line 8 | Place of Infringement | La Louisanne |

| | | |
|---|---|---|
| Line 1 | Claim No. | 12 |
| Line 2 | Musical Composition | Stormy Monday a/k/a They Call It Stormy Monday a/k/a Call It Stormy Monday |
| Line 3 | Writer(s) | Aaron T. Walker |
| Line 4 | Publisher Plaintiff(s) | Gregmark Music, Inc.; Bernita Walker-Moss, an individual d/b/a Lord and Walker Publishing |
| Line 5 | Date(s) of Registration | 5/9/75      7/15/63      10/10/47 |
| Line 6 | Registration No(s). | R 604983      Ep 177515      E 98450 |
| Line 7 | Date(s) of Infringement | 05/05/2013 |
| Line 8 | Place of Infringement | La Louisanne |

| | | |
|---|---|---|
| Line 1 | Claim No. | 13 |
| Line 2 | Musical Composition | This Old Heart Of Mine (Is Weak For You) aka This Old Heart Of Mine |
| Line 3 | Writer(s) | Brian Holland; Lamont Dozier; Eddie Holland; Sylvia Moy |
| Line 4 | Publisher Plaintiff(s) | Stone Diamond Music Corp. |
| Line 5 | Date(s) of Registration | 1/6/66 |
| Line 6 | Registration No(s). | Ep 212086 |
| Line 7 | Date(s) of Infringement | 05/05/2013 |
| Line 8 | Place of Infringement | La Louisanne |

| | | |
|---|---|---|
| Line 1 | Claim No. | 14 |
| Line 2 | Musical Composition | You'll Never Find Another Love Like Mine |
| Line 3 | Writer(s) | Kenneth Gamble a/k/a Kenny Gamble; Leon Huff |
| Line 4 | Publisher Plaintiff(s) | Warner-Tamerlane Publishing Corp. |
| Line 5 | Date(s) of Registration | 3/31/76      7/19/76 |
| Line 6 | Registration No(s). | Eu 670352    EP 355968 |
| Line 7 | Date(s) of Infringement | 05/05/2013 |
| Line 8 | Place of Infringement | La Louisanne |

| Line 1 | Claim No. | 15 |
|---|---|---|
| Line 2 | Musical Composition | I'll Be Around |
| Line 3 | Writer(s) | Thomas Bell; Phil Hurtt |
| Line 4 | Publisher Plaintiff(s) | Warner-Tamerlane Publishing Corp. |
| Line 5 | Date(s) of Registration | 3/26/73 |
| Line 6 | Registration No(s). | Ep 310074 |
| Line 7 | Date(s) of Infringement | 02/15/2016 |
| Line 8 | Place of Infringement | La Louisanne |

| Line 1 | Claim No. | 16 |
|---|---|---|
| Line 2 | Musical Composition | Just Because |
| Line 3 | Writer(s) | Larry Addison |
| Line 4 | Publisher Plaintiff(s) | Malaco Music Company; Peermusic III Ltd. |
| Line 5 | Date(s) of Registration | 9/22/00 |
| Line 6 | Registration No(s). | PA 1-073-942 |
| Line 7 | Date(s) of Infringement | 05/22/2015 |
| Line 8 | Place of Infringement | La Louisanne |