# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:16-cv-03002-RSWL-AFM | Date | January 25, 2018 |
|---|---|---|---|
| Title | Broadcast Music, Inc. et al v. La Louisanne, Inc. et al | | |

| Present: The Honorable | RONALD S.W. LEW, Senior U.S. District Judge |
|---|---|
| Joseph Remigio | None |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) - ORDER TO SHOW CAUSE

On October 25, 2017, the Court entered an order vacating the Motion for Summary Judgment Hearing, Pre-Trial and Trial dates, and ordered the parties to file a dismissal of this action within 45 days pursuant to settlement.

To date, no request for dismissal has been filed. The parties are hereby ordered to show cause as to why: 1) Sanctions should not be imposed upon counsel for either party for failure to comply with this Court's order; 2) A ruling on the pending Motion for Summary Judgment [32] should not issue; and 3) Why the Final Pretrial Conference and Trial dates should not be reset. Counsel's joint response should be filed no later than the close of business on January 29, 2018. In lieu of a written response, the Court will accept an appropriate request for dismissal of this action on or before the deadline to respond to this Order to Show Cause.

No oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of a responsive document or on the date upon which a response is due. Failure to respond to this order may result in the imposition of sanctions

:

Initials of Preparer   jre